International Court of Justice
In the United States District Court E. D. Va.

FILED JUN 17 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA
FILED MAILROOM JUN 15 2010 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA
1:10CV678 CMH/TRJ

Israel,

vs.

Sussex I State Prison.

"Letter of Enquiry"

"For International Writ of Habeas Corpus"

1. <u>Jurisdiction</u>: Israel invokes International Question Jurisdiction in accordance with Article 36 of the Statute of the International Court of Justice for "all disputes concerning: a. the interpretation of a treaty; b. any question of international law; c. the existence of any fact which, if established, would constitute a breach of an international obligation; d. the nature or extent of the reparation to be made for the breach of an international obligation."

2. <u>Israel</u>: Israel is the Sovereign Ecclesiastical State of Israel, which is a member of the United Nations.

In the instant case, Israel is represented by "Head of the Mission" Yahshua The Christ, of the Order of Melchizadek, in accordance with Article 5 subparagraph 3 of the Vienna Convention on Diplomatic Relations of 18 April 1961.

The Head of the Mission has authorized chargé d'affaires Cory Alexander-Lee Wiggins to send and receive mail through the agency and address of: Cory Alexander-Lee Wiggins, 1105173, 24414 Musselwhite Drive, Waverly [near] 23890-9999 Virginia; strictly for the purposes of the mission on behalf of the sending state, which is Israel.

3. <u>Sussex I State Prison</u>: Sussex I State Prison is an institution constituent of the United States Prison System, and it includes any and all of its' respective and immediate officers holding rank therefore of any sort, including but not limited to the Warden of Sussex I State Prison and any other Officers, Agents, and all others

Page One (1)

who are subordinate to the Warden of Sussex I State Prison, which is receiving mail at: Warden Loretta K. Kelly, S.I.S.P. 24414 Musselwhite Drive, Waverly, Virginia 23891.

4. <u>Evidence</u>: For this court's carefull review, which shall be done in accord with International Law, evidence to support this claim consists of:

A. Declaration of Mission Statement of "Self Governing" People Under The Absolute Laws' of the Ever Living Father Yahweh. This document has been and is certified by Apostille Certificate in accord with the Parties to the Convention de la Haye du 5 Octobre 1961. This evidence shall hereinafter be referred to as "Mission Statement by Apostille".

And to make certain that this Court comprehends the terms of Israel's Mission Statement by Apostille; Israel provides the succinct significations that follow:

"Kingdom of Yahshua The Christ": means the Sending State, which is Israel and any and all derivatives and relatives thereof.

"Convention de la Haye du 5 Octobre 1961": means the Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents of 5 October 1961.

"Vienna Convention 18 April 1961": means the Vienna Convention on Diplomatic Relations of 18 April 1961.

"Book of the Hebrew's": means the Epistle to the Hebrew's, which will be found translated in the Authorized King James Version of the Holy Bible.

"Book of Revelation": means the Revelation given to Saint John, which will be found translated in the Authorized King James Version of the Holy Bible.

"Exodus": means the Book of Moses called Exodus, which can be found translated in the Authorized King James Version of the Holy Bible.

"Book of Matthew": means the Gospel of Matthew the disciple and Apostle of Our Lord Yahshua, which will be found translated in the Authorized King James Version of the Holy Bible.

"Yahshua The Christ": means Jesus Christ, Jesus the Messiah, or Immanuel, who is the Head of the Mission.

"Trustor's Estate": means any and all personal and/or real property in existence now or in the future; For said property belongs to the Ever Living Father Yahweh by right of being the Creator of All things seen or unseen as the Ever Living Father Yahweh is the progenitor of All property having created such through the Laws' of Nature by the Elements that compose and constitute all matter, energy, being, or substance.

"Book of II Corinthians": means the second Epistle of Paul to the Corinthians, which will be found translated in the Authorized King James Version of the Holy Bible.

"Sending State": means Israel, which is the correspondent of this Letter.

5. <u>Intent of Claim</u>: Israel provides this correspondence in accordance with Article 33 of the Charter of the United Nations, for Pacific Settlements of Disputes and maintenance of the purposes of the United Nations being set forth in Articles 1 and 2 of the Charter of the United Nations, furthermore made evident in Articles 55 and 56 of the Charter of the United Nations.

Israel provides this Letter of Enquiry to test the unauthorized use and detainment of Israel's property, and to conduct this test strictly strictly in accord with all applicable provisions of International Law, Treaty, and Custom.

6. <u>The Corpus</u>: The Corpus of this claim is Cory Alexander-Lee Wiggins, who is accurately identified in Israel's Mission Statement by Apostille. Cory Alexander-Lee Wiggins is a child of Israel and an heir to the Throne of David via Yahshua The Christ, of the Order of Melchizedek. Cory Alexander-Lee Wiggins is the corpus of the Trustor's Estate which is held by Yahshua The Christ through the Agency of Cory Alexander-Lee Wiggins on behalf of the Sending State, which is Israel.

7. <u>Questions Presented</u>:

A. Concerning Israel's Property; What obligations and duties do the United States and the United States' Constituents owe to Israel according to the Charter of the United Nations 26 June 1945?

B. Concerning property held on behalf of Israel (the Sending State); What obligations and duties do the United States and the United States' Constituents owe to Israel according to the Vienna Convention on Diplomatic Relations of 18 April 1961?

C. Concerning Israel's documentation certified by Apostille Certificate in accord with Convention de la Haye du 5 Octobre 1961; what obligations and duties do the United States and the United States' Constituents owe to Israel?

D. Does Israel's Mission Statement by Apostille provide proof that Israel holds paramount legal title to the Corpus of this claim?

E. Does Sussex I State Prison lack jurisdiction to detain the property of Israel?

8. <u>Statement of Facts</u>: Israel avers that Sussex I State Prison is now detaining Israel's property, which property is the corpus of this claim and the corpus of the Trust of the Mission signified within the text of Israel's Mission Statement by Apostille.

Israel avers that Israel's Mission Statement by Apostille is the establishment of a fact in accord with international law, for it is a contract or agreement between Israel and Cory Alexander-Lee Wiggins, which is the corpus of this claim.

Israel avers in good faith that Sussex I State Prison's detainment of the corpus of this claim is interference with the functions of Israel's diplomatic mission, which is described in the Holy Scripture of Israel's Mission Statement by Apostille.

Israel avers that Israel has not given and will not give any kind of waiver concerning Israel's rights to the corpus of this claim, which is Cory Alexander-Lee Wiggins.

Israel wills to cause the removal of its' property from the detainment of Sussex I State Prison forthwith.

Israel avers that in detaining Cory Alexander-Lee Wiggins, which is the corpus of this claim, Sussex I State Prison is impairing the obligation of Israel's Mission Statement by Apostille.

Israel avers in good faith that in detaining Cory Alexander-Lee Wiggins, which is the corpus of this claim, Sussex I State Prison is detaining a Sovereign.

Israel avers in good faith that Sussex I State Prison is detaining the property of a sovereign constituent of the United Nations.

Since this matter has its' basis in international law, Israel does not expect Sussex I State Prison to comprehend the gravity of this situation, nor does Sussex I State Prison have a view to International Law, and for the aforementioned reasons Israel brings this matter to the attention of this Court, so that this Court may exercise its authority and expertise to interpret the law applicable to this Correspondence with an aim at enforcing International Law to protect the interests of the Members of the United Nations.

Wherefore, Israel humbly and respectfully seeks a remedy.

Israel declares, that this correspondence is true, correct, and complete.

Signed on the 13th day of June year of Our Sovereign, Common Era 2010.

In the name of the Ever Living Father Yahweh and Yahshua The Christ.

Israel

By: YHVH Cory Alexander-Lee Wiggins
Member of the Mission Signature
Cory Alexander-Lee Wiggins
Public Minister of Justice
As Agent for Yahshua The Christ

# APOSTILLE

(Convention de la Haye du 5 Octobre 1961)

1. Country: United States of America

   This public document

2. Has been signed by Bruce W. Artis
3. acting in the capacity of A Notary Public
4. Bears the seal/stamp of Bruce W. Artis - Notary Public
   Commonwealth of Virginia

   Certified

5. at Richmond Virginia
6. On December 8, 2006
7. by The Secretary of the Commonwealth
8. No. 2105270-1
9. Seal/Stamp
10. Signature:

    *Katherine K. Hanley*

    Secretary of the Commonwealth

*Received: December 14, 2006*

Space for recording purposes only:

************************************

| | |
|---|---|
| Kingdom of Yahshua the Christ | |
| on the soil of Nottaway county, | ss: Declaration of Mission Statement of "self governing" people under the absolute Laws of the Ever Living Father Yahweh. |
| Virginia | |
| The United States of America | |

//

KNOW ALL MEN BY THESE PRESENTS, GREETINGS:

//

Preamble

(Convention de la Haye du 5 October 1961)

(Vienna Convention 18 April 1961)

(The Ordinance for the Territory North and west the River Ohio 1 Stat. 51,52, July 13,1787)

Under the authority of Declaration, for The Trust written and recorded in the Book of the Hebrew's at Chapter 9, verses 15 through 21 and at Chapter 8, verses 7 through 13, the following Article establish the undersigned Trustee's, *[illegible]* rights, duties, and obligations with respect to the corpus of said Trust and the Trustee's legal right of Estate thereof, the effects of which secures the undersigned's legal right of parentage, the Trustor's Dominium, droit droit-jura in re, and gives rise for the need of documentation for the "diplomatic agent" herein more accurately described as "Ambassador," and "public Minister of Justice," in itinere, for the receiving State, the "United States as defined at 16 Stat. L.419, February 21, 1871, and 104 Stat. 4933, Novenber 29, 1990, Section 3611, Title XXXVI Public Law 101-647, codified at 28 U.S.C. Section 3002(15).

The above Treaties and Treaty definitions listed are applicable in establishing the purpose and intent of "verification of authenticity" and is warranted via Abolishing the Requirement of legalization for Foreign Public Document codified at 28 U.S.C., F.R.CV.P., Rule 44, Proof of Official Record and by competent authority in the United States of America according to the Treaty first mention above, for issuing the Certificate (Apostille) referred of in Article 3," the convention" for evidentiary purpose, to wit:

Mission Statement: by Apostille

Page one

## Article I

Trustee-Declarant is a "member of the mission" duly established by Law, and "head of the mission" is Yahshua the Christ, of the Order of Melchizadek, by right of blood, birth, and decent on North America's soil aforesaid and the lineage of the Adamic seedline through Seth, Noah, Shem, Issac, Jacob(Israel) whose missions "size" is approximately one hundred forty four thousand(144,000) exclusive of the members of the staff, private servants, and other family members as written and recorded in the book of Revelation at Chapter 7 verses 4 through 8, who keep the commandments and have the Testimony, Revelation 12:17 and 14:12.

## Article II

The "domicile" of said diplomatic agent is original and exclusively Trustor's Estate, as evidenced in Exodus 19:5 legal title vested in the Trustee(named above), but not individually, in life tenure as faithful ambassador and stewardship provided by the express "Will" of the Trustor, neither of which have taken up or intended a foreign residence thereto, and whom expressly deny any alaim of citizenship, allegiance, or nationality, emanating by or for the receiving "State", due to a coflict of law and via explicit reservation of rights according to the terms of the treaty second above mentioned. But see: "Quasi-domicile".

## Article III

The fundamental tenets of the Mission Statement, being deeply held spiritual training and conviction and Knowing that under Laws' of Nature of the ever Living Father, the Word, are: Keeping inviolate the ten(10) commandment Law now condensed into two(2), namely (a) Love Yahweh with all thy heart, body, mind, and soul being translated means: pignus, servitus, hereditas, and dominium, and (b)Love thy neighbor as thyself, for Agrappa worketh no ill for Trustor's neighbors; there being only one(1) Mediator between Yahweh and Mammon, that is Yahshua The Christ and the absolute lawgiver, Whom has entrusted the undersigned through baptism and repentance the Office of "Ambassador by which Ambassage attaches hereby as expressed in the Book of IICorinthians Chapter 5 verse 20 duly recognized in the receiving "State" in the case of United States v. Seeger(1965), 380 U.S. 163, identifying Trustee as a Neutral "opposed to war in any form."

## Article IV

Trustee for commercial purposes, is neither a citizen nor subject of the receiving "State", duly recognized in the cases of Raband v. I.N.S.(CA9 1994).35F.3d 1449@ n4. of United States v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456,483, 42 L.Ed. 890(1898),cf. Udny v.Udny,L.R. 1H.L., Section 457, and is "non-resident alien" of the receiving "State".

Trustee-Declarant has revoked any/all elections for being treated as a citizen or subject of the receiving "State", and is neither Joint venturer or co-surety with the citizens or nationals of the receiving "State".

Trustee-Declarant is not a "legal entity" and is non-assumpsit the definitions of "person" via "jus gentium privatum" by the operation of law and accepts no culpability by, for,or on behalf of any legal entity phonetically sounding the same as "Trustee's" lawful given name at birth duly recognized by the receiving "State",in the case of Pease v. Pease, 35Conn. 131 on account of misnomer,addition,or fatal variance such as "idem sonans",via explicit reservation.

Further,Trustee-Declarant accepts the duty of non-intervention into the political or internal affairs of the receiving "State",in Trustee's capacity as a living,breathing sentient moral being,whose primary reasonable duty and service is for that of the Trustee's Sovereign without hesitation,nor mental reservation.See:International Organization Immunities Act 9 December 1945.

Article V

Trustee's duty and service is not discretionary,but mandatory as established in the Book of Mathew,Chapter 6, verses 9 through 18,punishment for which any violation thereof is far severe than any punishment including death,that mammon could or would inflict upon or against the diplomatic agent,staff member,or immediate family members by fortiori.

Trustee's rights,duties,and obligations under the aforesaid Trust are imprescriptible the term "imprescriptibility" having full force and effect herein due the posthead of the mission being vacant in accordance with Yahshua's express "Will" and settlement at Golgotha, Common Era, thirty three and one half(33½) years:surety being settled by blood and water Redemption.

Article VI

Trustee-Declarant avers and alleges,in good faith the instrument herein "limits" accession of the aforesaid Treaties and attached protocols in particular the compulsory settlements of disputes done at Vienna 18 April 1961,at Article 36 pertaining to wit:(1) the interpretation of a treaty:(2)any question of international law,(3)the existence of any fact which,if established,would constitute a breach of an international obligation; and(4)the nature or extent of the reparation being made for the breach of an international obligation;but recognizing that Trustee-Declarant acknowledges the vacancy of representation as the described diplomatic mission afore described herein under Article 9,Statute of the Permanent Court of International Justice,14 September 1929 without prejudice for more favorable treatment as to any class of diplomatic mission represented thereby.

Stipulation for accesion of the first Treaty mentioned above,TIAS 10072,33U.S.T. 883, 527 U.N.T.S. 189 by Trustee-Declarant "party" or "Sending State" is signified by the Vienna Convention on the Law of Treaties, U.N.DOC.A/CONF.39/27(1969) 63 A.J.I.L. 875 (1969) at Article 2,para's 1(a) (b) and (g),and Article II,as a Sovereign Ecclesiastical "State" with full politicle independence of other "States" under the Convention on Right and Duties of States,49 Stat.3097.T.S. 881, 165L.N.T.S. 19,3 Bevans 145, done at Montevido Uruguay,December 26,1934, at Articles 2 and 3, to wit:

"The federal state shall constitute a sole person in the eyes of international law."

"The political existence of the state is independent of recognition by other states. Even before recognition the state has the right to defend its integrity and independence,to provide for its conservation and prosperity,and consequently to organize itself as it sees fit,to legislate upon its own interests,administer its services,and define the

jurisdiction and competence of its courts."

Article VII

Identification of Trustee-Declarant, *Cory Alexander-Lee Wiggins* is as follows:

Photograph: 

Cory Alexander-Lee Wiggins

Height: 6'4"     Weight: 210. pounds     Race: Black
Eyes: BROWN    Gender: Male

Article IIX

By virtue of the indwelling of the Holy Spirit, Trustee-Declarant does hereby enter upon the Office of trustee, AMbassador, and public Minister of justice, in itinere for the United States, so certifying the aforesaid Preamble and related Articles being materially true, correct, and complete, and further, that Trustee-Declarant Will faithfully perform the funtions of said diplomatic mission under the terms and conditions of Trustor's Will, so help me Yahweh, So be it!

/s/ YHVH Cory Alexander-Lee Wiggins
Trustee-Beneficiary

(In absentia)

IN FAITHFUL WITNESS WHEREFORE, Trustee-Declarant So authorizes and attests the foregoing in the witness wherefore His Lawful given baptismal Appellation is given below, on the 5th day of October Common Era in the year of Our Sovereign, two thousand. ~~three~~ six.

Mission statement: by Apostille

Page four

Legatee Minister Plenipotentiary:

                                      L.S. _Cory Alexander-Lee Wiggins_
                                                  Trustee, but not individually

In the Book of II Corinthians, Chapter 13, verse 1:

    "In the mouth of two or three witnesses shall every word be established."

| Witnesses signature | Day: | Month: | YEAR: |
|---|---|---|---|
| _John P._ | 5 | 10 | 2006. |
| _(signature)_ | 5 | 10 | 2006 |
| _(signature)_ | 5 | 10 | 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                                    L.S. _Cory Alexander-Lee Wiggins_
                                        Trustee, but not individually

    SUBSCRIBED and AFFIRMED before me, A Notary Public residing in Sussex County, The State of Virginia. The above signatory (Trustee) appeared, known by Me and identified himself, and affixed His signature hereto, the __11th__ day of __November__, 2006.

_Bruce W. Ortis_
Notary Public signature

My Commission expires: __9/30/07__

Seal

Mission statement : by Apostille                                     Page five