# Report Prisoner Data (Middle Name)

| ID# | Last | First | Middle | FileDate | Judge | RecDate | Ofc | Year | cv | Num | Action | threeStrike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 336662 | Wiggins | Cory | Alexande | 03/09/2007 | 102 Judge Hilton | 03/08/2007 | 1 | 07 | cv | 242 | 42:1983pr | |
| 336662 | Wiggins | Cory | Alexande | 05/04/2007 | 102 Judge Hilton | 05/02/2007 | 1 | 07 | cv | 455 | 42:1983pr | 1 |
| 336662 | Wiggins | Cory | Alexande | 05/31/2007 | 102 Judge Hilton | 05/31/2007 | 1 | 07 | cv | 536 | 28:2254 | |
| 336662 | Wiggins | Cory | Alexande | 09/04/2007 | 102 Judge Hilton | 08/13/2007 | 1 | 07 | cv | 890 | 42:1983pr | |
| 336662 | Wiggins | Cory | Alexande | 10/12/2007 | 102 Judge Hilton | 10/09/2007 | 1 | 07 | cv | 1040 | Injunction | |
| 336662 | Wiggins | Cory | Alexande | 11/09/2007 | 102 Judge Hilton | 11/09/2007 | 1 | 07 | cv | 1149 | 28:2254 | |
| 336662 | Wiggins | Cory | Alexande | 01/30/2009 | 102 Judge Hilton | 01/29/2009 | 1 | 09 | cv | 102 | MISC | 2 |
| 336662 | Wiggins | Cory | Alexande | 07/17/2009 | 102 Judge Hilton | 07/14/2009 | 1 | 09 | cv | 798 | MISC | 3 |
| 336662 | Wiggins | Cory | Alexande | 08/14/2009 | 102 Judge Hilton | 08/13/2009 | 1 | 09 | cv | 916 | 28:2254 | |
| 336662 | Wiggins | Cory | Alexande | 10/06/2009 | 102 Judge Hilton | 09/30/2009 | 1 | 09 | cv | 1138 | 28:1651mn | |
| 336662 | Wiggins | Cory | Alexande | 06/17/2010 | 102 Judge Hilton | 06/17/2010 | 1 | 10 | cv | 678 | 28:2254 | |